| | |
|---|---|
| 1  Vanessa R. Waldref | |
| 2  United States Attorney | FILED IN THE |
|    Eastern District of Washington | U.S. DISTRICT COURT |
| 3  Michael L. Vander Giessen | EASTERN DISTRICT OF WASHINGTON |
| 4  Assistant United States Attorney | DEC 19 2023 |
|    Post Office Box 1494 | SEAN F. McAVOY, CLERK |
| 5  Spokane, WA 99210-1494 | _____DEPUTY |
| 6  Telephone: (509) 353-2767 | SPOKANE, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-145-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. §§ 1201(a)(2), 1153 Kidnapping in Indian Country (Count 1) |
| RODNEY ALAN SIGNOR, | |
| Defendant. | 18 U.S.C. §§ 113(a)(8), 1153 Assault By Strangling or Attempting to Strangle a Spouse, Intimate Partner, or Dating Partner in Indian Country (Count 2) |
| | 18 U.S.C. §§ 113(a)(7), 1153 Assault Resulting in Substantial Bodily Injury to a Spouse, Intimate Partner, or Dating Partner in Indian Country (Count 3) |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about June 9, 2022, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, RODNEY ALAN SIGNOR, an Indian, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away and hold for ransom or reward or otherwise A.L.S., against the will of A.L.S., all in violation of 18 U.S.C. §§ 1201(a)(2), 1153.

## COUNT 2

On or about June 9, 2022, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, RODNEY ALAN SIGNOR, an Indian, did assault A.L.S., a spouse, intimate partner, or dating partner, by strangling or attempting to strangle A.L.S., all in violation of 18 U.S.C. §§ 113(a)(8), 1153.

## COUNT 3

On or about June 9, 2022, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian country, the Defendant, RODNEY ALAN SIGNOR, an Indian, did intentionally assault A.L.S.,

INDICTMENT – 2

1 | a spouse, intimate partner, or dating partner, resulting in substantial bodily injury
2 | to A.L.S., all in violation of 18 U.S.C. §§ 113(a)(7), 1153.

DATED this 19TH day of December, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Michael L. Vander Giessen
Assistant United States Attorney

INDICTMENT – 3