FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 2 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00145-TOR |
| Plaintiff, | ORDER GRANTING AGREED MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT |
| v. | |
| RODNEY ALAN SIGNOR, | |
| Defendant. | |

BEFORE THE COURT is the July 2, 2025 Agreed Motion to Dismiss Counts 1 and 2 of the Indictment. The Court heard the motion at the pretrial conference on July 2, 2025. Having reviewed the docket and the files therein, the Court is fully informed.

IT IS HEREBY ORDERED:

1. The July 2, 2025 **Agreed Motion** to Dismiss Counts 1 and 2 of the Indictment is **GRANTED**.

2. Pursuant to Federal Rule of Criminal Procedure 48(a), **Counts 1 and 2 of the Indictment** filed on December 19, 2023—namely, Count 1: Kidnapping in Indian Country, in violation of 18 U.S.C. §§ 1201(a) and 1153; and Count 2: Assault By Strangling or Attempting to Strangle a Spouse, Intimate Partner, or Dating Partner in Indian Country, in violation of 18 U.S.C. §§ 113(a)(8) and 1153—are **DISMISSED**.

//
//

ORDER GRANTING AGREED MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT ~ 1

IT IS SO ORDERED. The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshals Service.

DATED July 2, 2025.

*Thomas O. Rice*
THOMAS O. RICE
United States District Judge

ORDER GRANTING AGREED MOTION TO DISMISS COUNTS 1 AND 2 OF THE INDICTMENT ~ 2